

# NUMBER 13-07-00298-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SCHLUMBERGER TECHNOLOGY
CORPORATION AND JOHN THOMAS MURPHY,          Appellants,

v.

OTILA CUELLAR, INDIVIDUALLY
AND AS REPRESENTATIVE OF THE
ESTATE OF RUDOLPH GONZALEZ, DECEASED,          Appellee.

On appeal from the 105th District Court
of Kleberg County, Texas.

# MEMORANDUM OPINION

**Before Justices Yañez, Garza and Vela**
**Memorandum Opinion Per Curiam**

This case is before the Court on a joint motion to dismiss the appeal. The parties have reached an agreement with regard to the disposition of the matters currently on appeal. The parties request this Court set aside the trial court's judgment without regard

to the merits and remand the case to the trial court for rendition of judgment in accordance with the parties' agreement. Without passing on the merits of the case, we set aside the trial court's judgment and REMAND this case to the trial court for further proceedings in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B), 43.2(d). The parties' joint motion to dismiss is granted, and the appeal is hereby DISMISSED.

In accordance with the agreement of the parties, each party is ORDERED to bear their own costs.

PER CURIAM

Memorandum Opinion delivered and
filed this the 15th day of January, 2009.

2